IN THE UNITED STATES COURT FOR THE

DISTRICT OF MARYLAND

NORTHERN DIVISION

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Milton Lynn, being first duly sworn, hereby depose and state as follows:

A. **Background and Experience**

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI)[1], and have been so since December 2006. Your affiant is currently assigned to the Port Investigations Group / Contraband Smuggling Initiative, a multi-agency squad composed of local, state, and Federal law enforcement officers that among its investigatory focus is that of drug traffickers and smugglers operating in and/or transiting the State of Maryland in furtherance of their criminal activity.

2. Your affiant states that he is a law enforcement officer of the United States within the meaning of section 2510(7) of title 18, United States Code; that is an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 21, United States Code, more specifically, the Federal Controlled Substances Act (CSA). As part of my employment with HSI, I attended the Criminal Investigator Training Program (CITP) a twelve week basic program for all Federal criminal investigators held at the Federal Law Enforcement Training Center (FLETC) located in Glynco, Georgia. Additionally, I also attended Immigration & Customs Enforcement Special Agent Training (ICE SAT) an additional eleven weeks of training also held at FLETC. During both of these courses, blocks of instruction were given on such subjects as basic investigative techniques, Federal

---

[1] In 2003, the legacy United States Customs Service was incorporated into the DHS as "Immigration & Customs Enforcement" (ICE). In 2010, Immigration & Customs Enforcement ("ICE") due to expanding and changing missions, ICE once more underwent a re-organization. This new agency is referred to as Homeland Security Investigations ("HSI").

controlled substances laws and types of controlled substances and recognition, methods that they are manufactured, transported across international borders, distributed, and sold, money laundering techniques, electronic and physical surveillance techniques, and application of constitutional law.

3.   Your affiant was previously employed as a Police Officer / Police Detective / Federal Task Force Officer with the Baltimore City (Maryland) Police Department and the Baltimore Housing Police, since July of 1995. During my career with the police department, I have been assigned to Patrol Division, District Operations Unit, Tactical Operations Unit, Special Investigations, Eastern District Street Crimes Task Force, CID Drug Enforcement / Major Case Narcotics, the Baltimore / Washington H.I.D.T.A. Task Force, and the Eastern District Gang Investigations Unit. For approximately three and a half years, I was assigned to the High Intensity Drug Trafficking Area (H.I.D.T.A.) Task Force detailed to the Federal Bureau of Alcohol, Tobacco, and Firearms (A.T.F.) and was also a deputized officer of the United States Department of Justice, Drug Enforcement Administration (DEA). As part of these assignments, your affiant was a sworn Special Deputy United States Marshal, and conducted investigations, made arrests, and served Federal search and seizure warrants and Federal arrest warrants for violation of Federal firearms laws and Federal controlled substances laws. In the course of this assignment, your affiant participated in numerous Federal and state narcotics investigations, relating to drug trafficking, drug smuggling, money laundering, homicide and firearms violations. Your affiant has written or participated in excess of three hundred Federal and state search and seizure warrants where firearms, quantities of narcotics, US currency, and packaging materials have been seized. In addition, your affiant in the course of my current assignment has encountered substances determined to be 3,4-methylenedioxy-N-methylcathinone, MDMC/"Molly".

4.   Your affiant has received specialized training in the investigation of large-scale drug organizations. Your affiant also received instruction in surveillance techniques, use of title

three intercepts (wire-taps) and electronic listening devices in accordance with all applicable laws governing the operations of surveillance equipment use of informants and undercover operations. I have conducted and participated in investigations where various methods used by large scale drug traffickers to smuggle into or introduce controlled substances into the United States and the State of Maryland, to include commercial airplanes, private planes, large commercial maritime vessels and small private boats. As a result of my training and experience, and interactions with other drug investigators, I have become knowledgeable with the distribution and trafficking methods employed by drug traffickers to smuggle, import, safeguard, store, transport, and distribute drugs, and to collect and conceal drug-related proceeds. I have also participated in investigations utilizing both Federal and state title three electronic intercepts. Your affiant has led and participated in numerous large-scale drug conspiracy investigations, both domestic and international in nature, and is familiar with the operations of these types of criminal organizations.

5. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from oral and written reports by other law enforcement officers, physical surveillances, interviews, subpoenaed and public records, data base checks, phone analysis, and information gained through my training and experience. Since this affidavit is for a limited purpose, I have not included every fact I know about this investigation. I set forth only facts necessary to establish foundation for the requested warrant. Dates and times are approximate.

**B.   Probable Cause**

6. On October 17, 2014, your affiant received information from a confidential source of information (CS) whose identity is known to your affiant, that a multi-kilogram shipment of the controlled substance 3,4-methylenedioxy-N-methylcathinone or MDMC, known on the street as "Molly", would be delivered to Baltimore City in the late afternoon of the 17th of

October. The CS stated that a white male operating a silver Chevy Camaro was going to deliver the "Molly" to a black male subject. According to the CS, the "Molly" would be contained in a black backpack and that the delivery location would be in the area of the intersection of Harford Road and Northern Parkway, in northeast Baltimore City. Information provided by the CS has been corroborated and independently verified by your affiant.

At approximately 3:00 PM members of the Baltimore Police Department and HSI Baltimore established surveillance in the area of Northern Parkway and Harford Road. At approximately 3:10 PM law enforcement officers observed a silver Chevy Camaro, bearing MD registration 6BC8840 parked in the rear parking lot of Valentino's restaurant, 6627 Harford Road, Baltimore, MD 21214. A white male subject, subsequently identified as Matthew Thomas WHITE, was observed sitting in the driver's seat of the vehicle. At approximately 3:43 PM, law enforcement observed a black Chrysler 300, bearing MD tag 4EHB54, pull into the rear parking lot of Valentino's restaurant, parked one car to the south of the Camaro. A black male subject wearing a white tee shirt and tan pants exited the driver's side of the Chrysler 300 with a grey colored shopping bag in his hand and walked over to the passenger side of the silver Camaro. The black male subject entered the Camaro via the passenger door. The B/M subject and the W/M subject engaged in conversation for approximately two minutes. Law enforcement officers were able to observe packages being exchanged by the two subjects. At the conclusion of this exchange, the black male subject exited the passenger side of the vehicle with large black backpack in his hand. Law enforcement officers, believing a narcotics transaction had just occurred between the two subjects, approached the subjects and detained them. The backpack was found to contain four kilogram sized plastic bags containing an off-white substance, which based on its appearance your affiant recognized as 3,4-methylenedioxy-N-methylcathinone or

MDMC/ "Molly". A search of the Camaro revealed the grey shopping bag that the B/M had brought with him into the vehicle contained three large bundles of U.S. currency. A field test of the substance found in the black backpack gave a positive result using a Narco-pouch 923 test kit, testing positive for the presence of a controlled substance. The black male subject was identified as Damonan IRBY, AKA Damon IRBY, date of birth of 2/26/1982. A review of felony convictions for IRBY indicates the following: a 3/13/2003 conviction for CDS Manufacture/distribute in the City of Baltimore for which he received 18 months incarceration; a 2/27/2004 conviction for CDS Manufacture/distribute in the City of Baltimore for which he received 7 years in the DOC; a 2/11/2012 conviction for CDS Possession with the intent to distribute for which he received 2 years confinement. The white male subject identified as Matthew Thomas WHITE, date of birth of 10/3/1986. No felony criminal history was located for WHITE.

7. Both subjects were transported to area correctional facilities. The U.S. Currency found in the grey shopping bag in WHITE's Camaro was determined to be $39,920. Based on your affiant's training, knowledge and experience in the field of narcotics enforcement, the quantity of MDMC seized (approximately 4 kilograms) is in excess of a personal use and indicates an intention to distribute.

8. Therefore, based on the foregoing, it is your affiant's opinion that there is probable cause to believe that Damonan IRBY and Matthew Thomas WHITE, did Possess with the Intent to Distribute over 1 kilogram of MDMC of Methalone ("Molly"), in violation of Title 21 United States Code, Section 841 (a)(1).

I, Milton Lynn, affirm under penalties of perjury that the facts and circumstances recounted in the foregoing affidavit are true and accurate to the best of my knowledge.

_____
Milton Lynn
Special Agent
Homeland Security Investigations

Subscribed and sworn before me on October 21, 2014.

_____
Beth P. Gesner
United States Magistrate Judge